JS 45 (4/24) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

## Place of Offense:

City: Madison

County/Parrish: Dane

## Related Case Information:

Superseding _____ Docket Number ___26-mj-04-amb___

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20 / R40 from the District of _____

## Defendant information:

Matter to be Sealed    Yes    No ✓

**Def. Name:** Allan Savier Tejeda Murillo

**Alias Name:**

**City/State:**

**Year of Birth:** 1982    Last 4 digits of SSN _____

**Sex:** Male    Race: Hispanic

## U.S. Attorney Information:

AUSA: WILLIAM M. LEVINS    Bar #: _____

Interpreter:    No    Yes    List language and/or dialect: _____

## Location Status:

Arrest Date: _____

Already in Federal Custody as of: _____ in _____

Already in State Custody

On Pretrial Release

## U.S.C. Citations:

Total # of Counts: ___1___    ☐ **Petty**    ✓ **Misdemeanor**    ☐ **Felony**

Class A
Class B
Class C

| Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|
| **Set 1** 18 U.S.C. § 611(a) | Unlawful Voting by an Alien | 1 |
| **Set 2** | | |
| **Set 3** | | |
| **Set 4** | | |
| **Set 5** | | |
| **Set 6** | | |

**Date:** January 8, 2026    **Signature of AUSA  /s/** WILLIAM M. LEVINS