IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| v. | Case No. __26-mj-04-amb__ |
| | 18 U.S.C. § 611(a) |
| ALLAN SAVIER TEJEDA MURILLO, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT 1</u>

On or about November 5, 2024, in the Western District of Wisconsin, the

defendant,

ALLAN SAVIER TEJEDA MURILLO,

an alien, knowing he was not a United States citizen, knowingly voted in an election

held in part for the purpose of electing a candidate for the offices of President and Vice

President.

(In violation of Title 18, United States Code, Section 611(a)).

1-7-26
_____
Date

CHADWICK M. ELGERSMA
Acting United States Attorney