UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                 Case No. 26-mj-4-amb

ALLAN SAVIER TEJEDA MURILLO,

      Defendant.

## UNOPPOSED MOTION TO STRIKE TRIAL SCHEDULE

Allan Tejeda Murillo, by counsel, moves to strike the July 20, 2026 trial date and all associated deadlines and requests that the Court set a status teleconference for the parties to reschedule dates. The government, through Assistant United States Attorney Max Levins, does not oppose this motion. This is a misdemeanor case. Mr. Tejeda is on pretrial release, has had no violations, and the government does not object to his continued release.

The main reason for the request is the unique legal issues in this case. To counsel's knowledge, this case and one other charged around the same time are the first ever cases charged under 18 U.S.C. § 611 in this district. As mentioned in the defense motion to dismiss, prosecutions under § 611 have been a rarity nationwide (until the past year or so). The defense's motion raised a novel challenge to this relatively untested statute—to our knowledge, the motion to

dismiss in this case and in the other § 611 case before the court are the first time this constitutional issue has ever been raised.

The parties' preference is to litigate this issue prior to the run-up to trial, which is already fast approaching. That's because the issue may require additional briefing even after the Court has ruled. Obviously, should the Court rule in favor of the defense, the issue is dispositive and the trial dates would be struck. If the Court ruled in favor of the government, this is the rare case where the defense would anticipate a high likelihood of filing a motion to reconsider. Although such motions are not routine, the parties and the Court are litigating largely on a blank canvas, significantly increasing the chance that the defense would request reconsideration to address any issues raised by the Court's ruling that was not previously addressed by the briefing.

In addition, more time between that ruling and the trial date would allow the parties to engage in plea negotiations with greater certainty. Because the issues in this criminal case overlap with potential issues in an immigration proceeding, the defense does not believe that this case could realistically resolve prior to the ruling on the motion.

Finally, the defense is conducting ongoing investigation concerning a trial defense involving third-party fact witnesses. Additional time would serve the interests of justice by increasing the chance that investigation can be fully pursued prior to trial.

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC

For these reasons, this unopposed continuance will serve the interests of justice and the time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

Dated at Madison, Wisconsin, this 16th of June, 2026.

Respectfully submitted,

Allan Tejeda Murillo, Defendant

*/s/ Alex P. Vlisides*
Alex P. Vlisides

FEDERAL DEFENDER SERVICES
  OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
Alex_vlisides@fd.org